

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT  07cr216 RHK/JJG |
| Plaintiff, ) | (21 U.S.C. § 841(a)(1)) |
| ) | (21 U.S.C. § 841(b)(1)(A)) |
| v. ) | (21 U.S.C. § 846) |
| ) | |
| 1. TAYLOR WINTHROPE TRUMP, ) | |
|   a/k/a "Rodney Keith Taylor," ) | |
|   a/k/a "Brian Taylor," ) | |
|   a/k/a "Edward Todd Shaw," ) | |
|   a/k/a "Valachi," ) | |
| ) | |
| 2. CHRISTOPHER DION JEFFERSON, ) | |
|   a/k/a "Big," ) | |
|   a/k/a "Urkel," and ) | |
| ) | |
| 3. TANETTE MICHELLE BARKER LAHTI, ) | |
|   a/k/a "Tanette Barker," ) | |
|   a/k/a "Tanette Lahti," ) | |
|   a/k/a "Ciara," ) | |
| ) | |
| Defendants. ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Distribute "Crack" Cocaine)

On or about January 1, 2007, through on or about June 22, 2007, in the State and District of Minnesota, the defendants,

**TAYLOR WINTHROPE TRUMP,**
a/k/a "Rodney Keith Taylor,"
a/k/a "Brian Taylor,"
a/k/a "Edward Todd Shaw,"
a/k/a "Valachi,"
**CHRISTOPHER DION JEFFERSON,**
a/k/a "Big,"
a/k/a "Urkel," and
**TANETTE MICHELLE BARKER LAHTI,**
a/k/a "Tanette Barker,"
a/k/a "Tanette Lahti,"
a/k/a "Ciara,"

SCANNED
MAY 21 2008
U.S. DISTRICT COURT ST. PAUL

FILED  JUN 2 6 2007
RICHARD D. SLETTEN
JUDGMENT ENTD _____
DEPUTY CLERK _____



U.S. v. Taylor Winthrope Trump, et al.

knowingly and intentionally conspired with each other and with other persons, whose names are known and unknown to the grand jury, to distribute 50 grams or more of "crack" cocaine, a controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

### Forfeiture Allegations

If convicted of Count 1 of this indictment, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of said violation, and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of said violation.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), 846 and 853(a)(1) and (2).

A TRUE BILL

_____       _____
UNITED STATES ATTORNEY              FOREPERSON